BEFORE THE THIRD DIVISION, AUGUST 12, 1965

No. 69511.—Castelazo & Associates, a/c Marbro Lamp Company v. United States, protests 63/18848 and 64/20604 (Los Angeles).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of statuary similar in all material respects to that the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.